UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:   2:13–cv–05234–R–AJW         Date:   2/20/2014

Title:   JORGE CORNEJO ET AL V. COUNTY OF LOS ANGELES ET AL

PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

   William Horrell                          N/A
   Deputy Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                          Not Present

PROCEEDINGS:    ORDER TO SHOW CAUSE why action should not be
                dismissed for lack of prosecution

   THIS MATTER IS SET ON CALENDAR ON February 28, 2014 at 10:00 AM

   FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR

   LACK OF PROSECUTION, FOR FAILURE OF THE PARTIES TO FILE A

   JOINT REPORT OF EARLY MEETING OF COUNSEL. ATTENDANCE AT

   THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT

   IN DISMISSAL OF THE ACTION.


   cc: counsel of record

MINUTES FORM II
CIVIL – GEN                                                Initials of Deputy Clerk:  wh