UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

CASE NO.: CV-13-5234-R                             DATE: October 3, 2014

TITLE:     JORGE CORNEJO et al v. COUNTY OF LOS ANGELES et al
=================================================================
PRESENT:  <u>HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE</u>

<u>R. Neal for Christine Chung</u>                <u>     N/A     </u>
       Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANT:

       Not present                               Not present


**PROCEEDINGS: ORDER TO SHOW CAUSE RE SETTLEMENT**

.

       The Court has reviewed Plaintiffs' Notice of Settlement [48] filed October 2, 2014 informing the Court that the case has settled.  The Court hereby sets an ORDER TO SHOW HEARING RE: SETTLEMENT, on <u>December 8, 2014 at 10:00 a.m.,</u> as to why the settlement has not been finalized.

       The hearing will be vacated upon the filing of a Dismissal.

       The pretrial conference/motions hearing set for October 6, 2014 and the  jury trial set for October 21, 2014 are vacated.


       IT IS SO ORDERED.

**MINUTES FORM II**                                 Initials of Deputy Clerk __CCH__
**CIVIL - GEN**